NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ARTHUR SWEETING,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

_____

2016-2540

_____

Petition for review of the Merit Systems Protection Board in No. AT-315H-16-0389-I-1.

_____

**JUDGMENT**

_____

MELANIE L. BOSTWICK, Orrick, Herrington & Sutcliffe LLP, Washington, DC, argued for petitioner. Also represented by ERIC SHUMSKY; ANJALI DALAL, New York, NY.

KATRINA LEDERER, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by BRYAN G. POLISUK, KATHERINE M. SMITH.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* NEWMAN and LINN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


    July 19, 2017          /s/ Peter R. Marksteiner
         Date              Peter R. Marksteiner
                           Clerk of Court